12, 1906.) Proceedings by the people of the state of New York against Louis Levin. No opinion. Motion denied. Order filed.

PEOPLE, Respondent, v. McALLISTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Proceedings by the people of the state of New York against Edward McAllister. No opinion. Judgment reversed, and new trial ordered. *Held,* that the reception of evidence of sales of liquor other than that charged in the indictment was improper, and constituted reversible error.

PEOPLE, Appellant, v. MERCANTILE CO-OPERATIVE BANK, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York against the Mercantile Co-operative Bank. No opinion. Final order settling accounts and order appointing referee affirmed, without costs.

PEOPLE v. NEW YORK BUILDING-LOAN CO. In re 336–368 WATER ST. (Supreme Court, Appellate Division, First Department. June 20, 1906.) Proceedings by the people of the state of New York against the New York Building-Loan Company. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondents, v. NICKERSON, Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by the people of the state of New York against Nellie Nickerson. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. PRICE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Proceedings by the people of the state of New York against Willis G. Price. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. SAUERBORN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Proceedings by the people of the state of New York against Nicholas Sauerborn. No opinion. Order affirmed.

PEOPLE, Respondent, v. SCHWARTZ, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Proceedings by the people of the state of New York against Charles Schwartz. No opinion. Motion denied, on defendant's stipulating as stated in memorandum. Settle order on notice.

PEOPLE v. SCHWARTZ. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Charles Schwartz. No opinion. Motion granted. Order filed.

PEOPLE, Appellants, v. SIMPSON, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Proceedings by the people of the state of New York

against James W. Simpson. No opinion. Order affirmed.

PEOPLE v. SPRIGGS. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Robert H. Spriggs. No opinion. Motion granted, unless appellant serve brief and be ready for November term. Order filed.

PEOPLE, Appellant, v. TOMPKINS, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Proceedings by the people of the state of New York against Charles J. Tompkins. R. C. Taylor, for appellant. J. W. Osborne, for respondent. PER CURIAM. Order affirmed. Order filed. LAUGHLIN and HOUGHTON, JJ., dissent.

PEOPLE, Respondent, v. VAN GAASBECK, Appellant. (Supreme Court, Appellate Division, Third Department. September 18, 1906.) Proceedings by the people of the state of New York against Cornell Van Gaasbeck. No opinion. Motion denied.

PEOPLE, v. WEINSEIMER. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Philip Weinseimer. No opinion. Motion granted, unless appellant be ready for November term. Order filed.

PEOPLE, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York against Bertha Williams. No opinion. Motion denied.

PEOPLE, Respondent, v. WOOTEN, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1906.) Proceedings by the people of the state of New York against John W. Wooten. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. YOSKOW. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Proceedings by the people of the state of New York against Meyer Yoskow. No opinion. Motion granted, unless appellant be ready for December term. Order filed.

PEOPLE ex rel. ADAMS, Appellant, v. STOLL et al., Assessors. (Supreme Court, Appellate Division, Third Department. September 18, 1906.) Proceedings by the people of the state of New York, on the relation of George R. Adams, against Jacob F. Stoll and others, as assessors of the town of Rosendale, Ulster county, N. Y. No opinion. Motion granted.

PEOPLE ex rel. BARKER, Appellant, v. STRINGER, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Proceedings by the people of the state of New York, on the relation of Charles B. Barker, against Adelia G. Stringer. A. C.

Cohen, for appellant. W. P. Maloney, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

**PEOPLE ex rel. BEATTY v. BEATTY.** (Supreme Court, Appellate Division, First Department. June 8, 1906.) Proceedings by the people of the state of New York, on the relation of Nellie C. Beatty, against Herbert T. Beatty. No opinion. Motion denied, with leave to appellant to apply in the court below to open default. Order filed.

---

**PEOPLE ex rel. BIEN, Appellant, v. LIT-TLETON, President, Respondent.** (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York, on the relation of Joseph L. Bien, against Martin W. Littleton, president of the borough of Brooklyn.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOOKER, J., dissents, on the ground that the hearing given the relator was not such as is contemplated by the statute.

---

**PEOPLE ex rel. BOYCE v. BOARD OF AUDITORS OF TOWN OF LAKE PLEASANT, HAMILTON COUNTY.** (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Proceedings by the people, on the relation of Lynn L. Boyce, against the board of auditors of the town of Lake Pleasant, Hamilton county, N. Y. No opinion. Determination of the board of auditors unanimously confirmed, with costs.

---

**PEOPLE ex rel. BROADHEAD, Appellant, v. CITY OF BUFFALO, Respondent.** (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Proceedings by the people, on the relation of John R. Broadhead, against the city of Buffalo. No opinion. Judgment affirmed, with costs.

---

**PEOPLE ex rel. CAHILL v. GREENE, Com'r, Respondent.** (Supreme Court, Appellate Division, First Department. July. 12, 1906.) Proceedings by the people of the state of New York, on the relation of Daniel Cahill, against Francis V. Greene, commissioner, etc. E. V. Guinan, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

**PEOPLE ex rel. CITY OF GENEVA, Respondent, v. BOARD OF SUP'RS OF ONTARIO COUNTY, Appellant.** (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Appeal from Special Term, Ontario County. Application by the people, on the relation of the city of Geneva, for a writ of mandamus to the board of supervisors of Ontario county. From an order granting the writ, the board appeals. Affirmed. Anson L. Gardner, for appellant. W. Smith O'Brien, for respondent.

PER CURIAM. Order affirmed, with costs, on opinion of SUTHERLAND, J. (100 N. Y. Supp. 330), delivered at Special Term.

---

**PEOPLE ex rel. De NOYELLES v. BOARD OF SUP'RS OF ROCKLAND COUNTY, Respondent.** (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Proceedings by the people of the state of New York, on the relation of Theodore De Noyelles, against the board of supervisors of Rockland county. No opinion. Motion granted.

---

**PEOPLE ex rel. DE STEFANO, Appellant, v. WOODBURY, Com'r, Respondent.** (Supreme Court, Appellate Division, First Department. June 15, 1906.) Proceedings by the people of the state of New York, on the relation of Matteo De Stefano, against John M. Woodbury, commissioner. C. E. Le Barbier, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

**PEOPLE ex rel. FISHER v. BOARD OF SUP'RS OF ROCKLAND COUNTY, Respondent.** (Supreme Court, Appellate Division, Second Department June 15, 1906.) Proceedings by the people of the state of New York, on the relation of Harry M. Fisher, against the board of supervisors of Rockland county. No opinion. Motion granted.

---

**PEOPLE ex rel. HURLBUT, Respondent, v. BINGHAM Police Com'r, Appellant.** (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Proceedings by the people of the state of New York, on the relation of Henry Hurlbut, against Theodore A. Bingham, as police commissioner. No opinion. Order affirmed, on the authority of People ex rel. Metcalf v. McAdoo, 184 N. Y. 268, 77 N. E. 17, with $10 costs and disbursements.

---

**PEOPLE ex rel. INTERSTATE PAVING Co., Appellant, v. METZ, Comptroller. Respondent.** (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Proceedings by the people of the state of New York, on the relation of the Interstate Paving Company, against Herman A. Metz, as comptroller, etc. No opinion. Order affirmed, with $10 costs and disbursements.

---

**PEOPLE ex rel. LA CHICOTTE, Appellant, v. BEST, Com'r, Respondent.** (Supreme Court, Appellate Division, First Department. June 25, 1906.) Proceedings by the people, on the relation of Henry A. La Chicotte, against George E. Best as commissioner. No opinion. Motion granted. Order resettled.

---

**PEOPLE ex rel. LAWSON, Appellant, v. LAWSON, Respondent.** (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Proceedings by the people of the state of New York, on the relation of William M. Lawson, against Lena L. Lawson. No opinion. Motion granted, and order modified. Settle order on notice.

---

**PEOPLE ex rel. LAWSON, Appellant, v. LAWSON, Respondent.** (Supreme Court, Appellate Division, Second Department. June 27, 1906.) Proceedings by the people of the state